## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| | : | Docket No.: |
| vs. | : | |
| Steven A. Murphy | : | |
| Defendant. | : | May 9, 2018 |

## **COMPLAINT**

The United States of America, a body politic and sovereign, acting herein by the United States Attorney for the District of Connecticut, complains and says:

1. That this action is brought by the plaintiff, United States of America, with jurisdiction of this matter pursuant to 28 U.S.C. Section 1345.

2. That the Defendant, Steven A. Murphy, is a resident of the District of Connecticut.

3. That the Defendant is indebted to the Plaintiff in the principal amount of $23,775.00, plus interest on this principal computed at the rate of 11% per annum in the amount of $16,142.90 as of March 11, 2017, until the date of judgment.   See Exhibit "A" attached hereto and incorporated herein.

4. Demand has been made upon the Defendant by the Plaintiff for the sum due, but the amount due remains unpaid.

Wherefore, the Plaintiff demands judgment against the Defendant for the total of $39,917.90, plus costs, plus interest at 11 % per annum on the principal of $23,775.00 that has accrued from March 11, 2017 to the date of judgment.

~ 2 ~

Plaintiff further demands, pursuant to 28 U.S.C. Section 1961, that interest on any judgment be at the legal rate until the judgment is paid in full.

Dated at New Haven, Connecticut on May 9, 2018.

        UNITED STATES OF AMERICA

        JOHN H. DURHAM
        UNITED STATES ATTORNEY


          /s/
        CHRISTINE SCIARRINO
        ASSISTANT UNITED STATES ATTORNEY
        UNITED STATES ATTORNEY'S OFFICE
        157 CHURCH STREET, 25th FLOOR
        NEW HAVEN, CT   06510
        (203) 821-3700 / FAX: (203) 773-5373
        FEDERAL NO.   CT03393
        EMAIL:   CHRISTINE.SCIARRINO@USDOJ.GOV



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Program Support Center

Debt Collection Center

## CERTIFICATE OF INDEBTEDNESS
*National Research Service Award*

Steven A R Murphy
C/O Greenwich Hospital
5 Perryridge Rd
Greenwich, CT 06830
HHS Claim Number: 10002123

Total debt due United States as of March 11, 2017: $39,917.90 (principal $23,775.00, interest $16,142.90).

I certify that the Department of Health and Human Services' (HHS) records show that the above named individual is indebted to the United States in the amount stated above. Interest accrues on the principal amount of this debt at the rate of 11% per annum. The interest accrues at $ 7.17 per day.

Dr. Steven Murphy, received trainee awards under the provision of 42 U.S.C. 288, as amended, for the National Research Service Award (NRSA) Program within the U.S. Public Health Service (PHS), Department of Health and Human Services (HHS). These awards were made upon the condition that within two (2) years after the termination of the award he would engage in biomedical or behavioral research or teaching or any combination thereof in accordance with usual patterns of academic employment.

Under the NIH Revitalization Act of June 10, 1993, a recipient will incur payback service obligation for the first twelve (12) months of postdoc support only. Dr. Murphy, received $23,775.30 for the period beginning June 30, 2008 and ending January 9, 2009.

Dr. Murphy's NRSA award was terminated on January 9, 2009. In accordance with Section 487 of the Public Health Service Act (42 U.S.C. 288) as amended, and the terms of the NRSA Payback Agreement, he was required to serve one month for each month of training. He was in training for 6.4 months and required to begin his 6.4 months of obligated service on or before January 9, 2011.

He was declared in breach of the NRSA Payback Agreement as of January 9, 2011 due to failure to satisfy his service payback obligation.

Section 487 of the Public Health Service Act (42 U.S.C. 288) and the terms of his/her NRSA Payback Agreement require that financial payback obligation must be paid within three years of the date he breached his agreement. The amount the United States is entitled to recover is equal $23,775.30 (plus interest), and was to have been paid in full by January 9, 2014.

On November 30, 2011, and February 1, 2012, he was provided instructions on how to complete and submit the required Annual Payback Activities Certification (APAC) forms in order to document service payback activities under the terms of the award to satisfy the debt. He did not comply.

June 21, 2013, Dr. Murphy was instructed that if he could document service under terms of the award to satisfy his debt, he should contact the NRSA Payback Center.

Dr. Murphy consulted with an attorney with respect to the possibility of filing a petition of bankruptcy. By letter dated July 8, 2013, an offer to settle the debt to avoid bankruptcy was received. The compromise offer proposed repayment of 40% of the amount owed, paying 10% per annum, with no interest commencing six month after acceptance. The offer was declined on July 12, 2013.

Additional notifications and demand letters regarding the indebtedness was sent on the following dates: February 27, 2014; April 25, 2014; and June 25, 2015.

Dr. Murphy was sent a final notice on February 11, 2017 regarding his indebtedness to the United States under the referenced NRSA. He was notified that failure to respond within thirty days would result in the account being referred to DOJ for enforced collection. He did not respond.

To date, he has not made any payments.

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment agreement. The debt is now being referred to the U.S. Department of Justice (DOJ), District of Connecticut, Connecticut Financial Center, 157 Church Street, Floor 25, New Haven, CT 06510 for enforced collection.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

3/21/2017
Date

Melodie R. Sanders
Chief, Debt Referral Section
Program Support Center
U.S. Department of Health and Human Services